**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 RONELL JONES,

                               Plaintiff,

        -against-                           24 **CIVIL** 5549 (CS)

                                                      **JUDGMENT**

MICHAEL CAPRA, SUPERINTENDENT,
HEATHER CUSHMAN, CORRECTION
OFFICER, and HOPE VEREEN, CORRECTION
SERGEANT,

                              Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 16, 2026, Defendants' motion to dismiss is

GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 16, 2026

                                     **TAMMI M. HELLWIG**
                                     _____
                                        **Clerk of Court**

                   **BY:**            K. mango

                                     _____
                                       **Deputy Clerk**